## JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEON BIBBS,<br><br>              Petitioner,<br><br>              v.<br><br>ALEX VILLANUEVA,<br><br>              Respondent. | Case No. CV 20-8728-JVS (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action With Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 01, 2020

HONORABLE JAMES V. SELNA
United States District Judge